**Order entered October 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00936-CR

### BEDROS NOBAR MINASSIAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F08-54609-P**

## ORDER

On September 12, 2013, this Court ordered the trial court to prepare and file a certification of appellant's right to appeal that accurately reflects the revocation proceedings. To date, we have not received the certification, which is required by Texas Rule of Appellate Procedure 25.2.

Accordingly, the Court **ORDERS** the Honorable Teresa Hawthorne to file, within **TEN DAYS** of the date of this order, a supplemental record, containing the trial court's certification of appellant's right to appeal that accurately reflects the probation revocation proceedings. *See Cortez v. State*, 2013 WL 5220904 (Tex. Crim. App. Sept. 18, 2013).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Teresa Hawthorne, Presiding Judge, 203rd Judicial District Court, and to counsel for all parties.


/s/     DAVID EVANS
           JUSTICE